UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 09-cv-20057 (KING/BANDSTRA)

-----------------------------------------------------------------x

SEAN DONAHOE, on behalf of itself.
and all others similarly situated,

             Plaintiff,

vs.

NOKIA INC., a Delaware Corporation,
NOKIA CORPORATION, a Foreign Corporation
and T-MOBILE USA, INC.

             Defendants.

-----------------------------------------------------------------x

### ORDER GRANTING MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion for Limited Appearance of SANDRA D. HAUSER, and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of SANDRA D. HAUSER, in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. SANDRA D. HAUSER, is granted to appear and participate in this action on behalf of T-MOBILE USA, INC.. The Clerk shall provide electronic notification of all electronic filings to SANDRA D. HAUSER, at shauser@sonnenschein.com.

DONE AND ORDERED in Chambers at _____, Florida, this 21 day Apr, 2009.

                                          James Lawrence King
                                          United States District Judge

Copies furnished to:
All Counsel of Record
70014171\0018\17640780\V-1